# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0955. TYRUS HARRIS v. UNIVERSITY OF GEORGIA.**

Tyrus Harris filed suit against the University of Georgia. On October 2, 2019, the trial court entered an order dismissing the action. Harris filed a motion for reconsideration from this ruling, which the trial court denied on November 8, 2019. Harris filed a notice of appeal on December 2, 2019. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Here, Harris had a right to appeal directly the trial court's October 2, 2019 dismissal order. Instead of filing a timely notice of appeal from this ruling, Harris filed a motion for reconsideration. However, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985).

Because Harris did not file a timely notice of appeal from the trial court's October 2, 2019 order, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/29/2020_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*